1  Daniel L. Reback (SBN 239884)
   Email: dreback@kranesmith.com
2  Jeremy Smith (SBN 242430)
   Email: jsmith@kranesmith.com
3  Benjamin J. Smith (SBN 266712)
   Email: bsmith@kranesmith.com
4  **KRANE & SMITH, APC**
   16255 Ventura Boulevard, Suite 600
5  Encino, CA 91436
   Tel: (818) 382-4000
6  Fax: (818) 382-4001

7  Attorneys for Plaintiff,
   CHRISTOPHER GORDON
8

9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11

12 | CHRISTOPHER GORDON, an individual, | CASE NO. 2:14-cv-09882 |
   |---|---|
13 |                  Plaintiff, | **NOTICE OF INTERESTED PARTIES** |
14 | vs. | |
15 | DIGITAL BASEMENT, LLC; and DOES 1 to 10, inclusive, | |
16 |                  Defendants. | |

1

NOTICE OF INTERESTED PARTIES

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

The undersigned counsel for Plaintiff CHRISTOPHER GORDON certifies that the following listed parties have a direct pecuniary interest in the outcome of this case.

These representations are made to enable the court to evaluate possible disqualifications or recusal:

    A.    CHRISTOPHER GORDON, an individual;

    B.    DIGITAL BASEMENT, LLC

DATED: December 29, 2014    KRANE & SMITH, APC

By: _____
DANIEL L. REBACK
JEREMY SMITH
Attorneys for Plaintiff,
CHRISTOPHER GORDON

2

NOTICE OF INTERESTED PARTIES